ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                      )
                                                  )
S.C.A.-Shipping Consultants Associated Ltd.  )       ASBCA No.  62368
                                                  )
Under Contract No.   N68171-16-D-0020       )

APPEARANCE FOR THE APPELLANT:            Mr. Carlos A. I. Murialdo
                                           Director

APPEARANCES FOR THE GOVERNMENT:          Craig D. Jensen, Esq.
                                           Navy Chief Trial Attorney
                                          David L. Koman, Esq.
                                           Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 22, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62368, Appeal of S.C.A.-Shipping Consultants Associated Ltd., rendered in conformance with the Board's Charter.

Dated:  May 26, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals